# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER L. HARRIS                    1:11cv01553 DLB

                Plaintiff,               ORDER DIRECTING CLERK OF COURT
                                         TO  REDESIGNATE ACTION AS A
   v.                                    REGULAR CIVIL CASE

DONALD O'KEEFE; and
U.S. MARSHAL,

              Defendants.
_____/

Plaintiff Christopher L. Harris ("Plaintiff"), a prisoner proceeding pro se, filed his civil rights complaint on September 14, 2011.[1]  Review of the complaint reveals that Plaintiff's civil rights case does not involve the conditions of his confinement.

Therefore, the Clerk of Court is DIRECTED to redesignate this action to reflect that it is a regular civil case and assign a district court judge.

No scheduling conference should be set at this time.

IT IS SO ORDERED.

**Dated:    September 20, 2011**            _____/s/ **Dennis L. Beck**_____
                                         UNITED STATES MAGISTRATE JUDGE

[1]On September 16, 2011, the Court directed Plaintiff to submit an application to proceed in forma pauperis or pay the $350.00 filing fee for this action within 45 days.