# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER L. HARRIS, | ) | 1:11cv01553 LJO DLB |
| | ) | |
| Plaintiff, | ) ) ) ) | ORDER REGARDING REQUEST FOR ADMISSIONS (Doc. 10) |
| v. | ) | |
| DONALD O'KEEFE; and U.S. MARSHAL, | ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Christopher L. Harris ("Plaintiff"), a federal prisoner proceeding pro se and in forma pauperis, filed the instant civil rights action on September 14, 2011.  On September 19, 2011, Plaintiff filed a motion seeking leave to file an amended complaint, an amended complaint and a request for admissions from Defendant Donald O'Keefe.

As Plaintiff has filed an amended complaint and the Court has not conducted the requisite screening pursuant to 28 U.S.C. § 1915A, Plaintiff's request for admissions is premature. Moreover, pursuant to the Local Rules of the United States District Court, Eastern District of California, requests for admissions shall not be filed unless and until there is a proceeding in which the document is at issue.  Local Rule 250.4(c).  Therefore, Plaintiff's request for admissions shall be STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **September 26, 2011**              **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1