# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER L. HARRIS, | ) | 1:11cv01553 LJO DLB |
| | ) | |
| | ) | ORDER REGARDING MOTION FOR LEAVE |
| Plaintiff, | ) | TO FILE AN AMENDED COMPLAINT |
| | ) | (Doc. 5) |
| v. | ) | |
| | ) | |
| DONALD O'KEEFE; and | ) | |
| U.S. MARSHAL, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Christopher L. Harris ("Plaintiff"), a federal prisoner proceeding pro se and in forma pauperis, filed the instant civil rights action on September 14, 2011. On September 19, 2011, Plaintiff filed a motion for leave to amend his complaint. He also filed an amended complaint.

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend its pleading once as a matter of course at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a). Plaintiff's complaint has not been screened and no responsive pleading has been filed. Plaintiff therefore has leave to file an amended complaint as a matter of course. As Plaintiff already filed his amended complaint, the motion for leave to amend is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  September 26, 2011              /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

1