# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. HARRIS, | 1:11cv01553 LJO DLB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING APPLICATION FOR WRIT OF HABEAS CORPUS AND MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| DONALD O'KEEFE; and U.S. MARSHAL, | (Doc. 20) |
| Defendants. | |

Plaintiff Christopher Harris ("Plaintiff"), a federal prisoner appearing pro se and proceeding in forma pauperis, filed the instant action on September 14, 2011.  He filed a first amended complaint on September 19, 2011.  Thereafter, he filed an application for writ of habeas corpus and a motion for preliminary injunction.  Docs. 18 and 19.

On October 4, 2011, the Magistrate Judge issued Findings and Recommendations that Plaintiff's application for writ of habeas corpus and him motion for preliminary injunction be DENIED.  The Findings and Recommendations were served on plaintiff and contained notice that any objections were to be filed within twenty (21) days.  On October 17, 2011, Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued October 4, 2011, are ADOPTED IN FULL; and
2. Plaintiff's application for writ of habeas corpus is DENIED.
3. Plaintiff's motion for preliminary injunction is DENIED.

IT IS SO ORDERED.

**Dated:** **October 18, 2011**                        /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE